PER CURIAM.
Affirmed. Alcan Aluminio Do Brasil, S.A. v. Hernandez, 525 So.2d 892 (Fla. 3d DCA), review denied, 529 So.2d 693 (Fla.), cert. denied, — U.S.-, 109 S.Ct. 328, 102 L.Ed.2d 345 (1988); Zyferman v. Taylor, 444 So.2d 1088 (Fla. 4th DCA), review denied, 453 So.2d 44 (Fla.1984); Cassisi v. Maytag Company, 396 So.2d 1140 (Fla. 1st DCA 1981); Clark v. Boeing Company, 395 So.2d 1226 (Fla. 3d DCA 1981); Harley-Davidson Motor Company, Inc. v. Carpenter, 350 So.2d 360 (Fla. 2d DCA 1977).